LAW OFFICES OF DOUGLAS B. PRICE, P.C.
By: Douglas B. Price (No. 7720)
2151 E. Broadway Ave. Suite 116
Tempe, AZ 85282
T: (480) 345-8100
F: (480) 345-8134
doug@azlegal.net

Proposed Counsel to Debtor-In-Possession

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re :<br>JOSEPH A. OLADOKUN and<br>FLORENCE A. OLADOKUN,<br><br><br>Debtors. | Case No. 4:12-bk-07178-JMM<br><br>Chapter 11<br><br>**APPLICATION FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF THE ALTKEY, PLLC AS ACCOUNTANTS FOR DEBTOR(S) NUNC PRO TUNC** |

**JOSEPH A. OLADOKUN and FLORENCE** (the "Debtors"), debtors-in-possession in the above-captioned Chapter 11 case, file this Application for an order authorizing the employment and retention of Steve Parker of THE ALTKEY, PLLC, as accountant for the Debtors. The relief requested in this Motion would authorize the Debtors to retain THE ALTKEY, PLLC. to allow the firm to act as their accountantl in this Chapter 11 case, nunc pro tunc tfrom the date of Petition. It will also approve monthly payments to THE ALTKEY, PLLC of up to $499 per month without further Court Order. However, any payment of $500 or more per month will require further court approval. This Application is supported by the following:

1

1. Verified Statement of Steve Paker, CPA, In Support Of Application For An Order Authorizing The Retention And Employment of THE ALTKEY As accountant For The Debtors" (the "Parker Statement") and

2. Verified Statement of Debtors in Support of Application for an Order Authorizing the Employment of THE ALTKEY as accountant for the Debto(s)r" (the "Oladokun Statement").

Both are filed contemporaneously with this Application.

**ADDITIONAL SUPPORTING INFORMATION**

1. The Debtors filed their voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101-1532 (the "Bankruptcy Code") on April 5, 2012 (the "Petition Date"). The Debtors continue to operate their businesses and possess real property located in the District of Arizona as debtors-in-possession in accordance with Bankruptcy Code §§ 1107 and 1108.

2. This Court has jurisdiction over these Chapter 11 proceedings under 28 U.S.C. §§ 157 and 1334. This matters constitutes a core proceedings under 28 U.S.C. § 157(b)(2).

3. The Debtors are residents of Arizona. Accordingly, venue is proper in this District under 28 U.S.C. §§ 1408 and 1409.

4. The statutory predicates for the relief requested in this Application are Bankruptcy Code §§ 327(a), 329 & 1107 and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the"Bankruptcy Rules").

5. Steve Parker of THE ALTKEY, PLLC. is suited to serve as the Debtors' accountant in this case. He is an experienced Arizona CPA and is a member of the American Institute of Certified Public Accountants and the Arizona Society of Certified Public Accountants.

6. Mr. Parker also has obtained familiarity with Debtors' business and financial affairs in this filing for Chapter 11. See *Parker Statement* and *Oladokun Statement*.

## **SERVICES TO BE RENDERED**

7. THE ALTKEY, PLLC will perform accounting services and will assist the Debtors in fulfilling their reporting duties to the Court, including preparation of their Business Monthly Reports to be filed on or before the 15th of each month for the preceding month and preparation of required tax returns.

DISINTERESTEDNESS

8. Steve Parker of THE ALTKEY, PLLC. does not hold or represent an interest adverse to the Debtor's estate and is a "disinterested person," as that term is defined in Bankruptcy Code § 101(14) and modified by Bankruptcy Code § 1107(b), with respect to the matters for which it is to be retained.

9. Steve Parker of THE ALTKEY, PLLC does not have any connection with the Debtors or any of their affiliates, creditors, or estate, or any United States District Judge or United States Bankruptcy Judge for the District of Arizona, the United States Trustee or any person employed in the office of the United States Trustee for Region 14, or any other party in interest, or their respective attorneys and accountants.

10. To the best of the Debtors' knowledge, information, and belief, based on and other than as set forth in the *Parker Statement*, the disclosure made by

3

Steve Parker in the *Parker Statement* (regarding connections with the Debtor, its creditors, any other parties in interest in this case, their respective attorneys and accountants, any United States District Judge or United States Bankruptcy Judge, the United States Trustee or any person employed in the office of the United States Trustee) satisfies the requirements of Bankruptcy Rule 2014.

**COMPENSATION**

11. The Debtors seek to retain and employ THE ALTKEY, PLLC on an hourly basis at rates consistent with those THE ALTKEY, PLLC routinely charges in comparable matters Steve Parker is the "engagement partner" and is responsible to supervising the engagement. He estimates that the monthly bills for services will range from $250 to $400 per month. Billing rates at the firm range from $65 per hour to $225 per hour. The hourly rates set forth above are subject to periodic change in the normal course of business, due to the increased experience of a particular professional and changes in the prevailing legal market..

12. At the time of filing the bankruptcy, no fees were owed to THE ALTKEY, PLLC.

13. **Payment of monthly invoices under $499 without further court approval** THE ALTKEY will provide the Debtors with monthly invoices for services rendered and disbursements incurred. During the course of this Chapter 11 case. THE ALTKEY requests that Debtors be allowed to pay any and all monthly invoices of $499.00 or less without further order of the Court as these will be part of the ordinary operating expenses of the Debtors businesses.

14. **Payment of Invoices $500 or more - Court approval required**

4

Should any monrthly invoice equal or exceed $500.00, then THE ALTKEY will seek Court approval before obtaining payment from the Debtors.

WHEREFORE, Debtors request that the Court enter an order authorizing the Debtors's retention and employment of THE ALTKEY, PLLC on the terms outlined in this Application; and (b) granting such other relief as is just and proper.

Dated this 27th day of September, 2012.

By: _____
Joseph A, Oladokun, Debtor

By: _____
Florence A. Oladokun, Debtor

Copy of the foregoing mailed this date to:
Elizabeth C. Amorosi, Esq.
Assistant United States Trustee
230 N. First Avenue
Suite 204
Phoenix, AZ 85003

BY: _____ Alicia Krick _____

Z:\CURRENT DOCS\BK\Chapter 11\Application to Employ Attorney\Application of Employment.ACCOUNTANT.oladokun.wpd

5