LAW OFFICES OF DOUGLAS B. PRICE, P.C.
By: Douglas B. Price (No. 7720)
2151 E. Broadway Ave. Suite 116
Tempe, AZ 85282
T: (480) 345-8100
F: (480) 345-8134
contact@gprlaw.net; doug@gprlaw.net

Proposed Counsel to Debtor-In-Possession

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>JOSEPH A. OLADOKUN and<br>FLORENCE A. OLADOKUN<br><br>SSN XXX-XX-3982<br><br>SSN XXX-SS-8247<br><br>Debtors. | Case No. 4:12-bk-07178 JMM<br><br>Chapter 11<br><br>**VERIFIED STATEMENT OF DEBTORS IN SUPPORT OF APPLICATION FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF THE ALTKEY, PLLC AS ACCOUNTANT FOR THE DEBTOR(S)** |

**JOSEPH A. OLADOKUN and FLORENCE A. OLADOKUN**, and each of them, under penalty of perjury under 28 U.S.C. §1746, state as follows:

1. I am over 21 years of age. Except as otherwise indicated, I have personal knowledge of the matters set forth below. If called upon to testify in this matter, I would testify consistently with this declaration.

2. THE ALTKEY, PLLC has accounting expertise that will be beneficial to the Debtors in the context of this Chapter 11 case.

3. Debtors believe that Steve Parker and THE ALTKEY, PLLC is well qualified and able to assist them with the accounting needs of their case. As such, Debtors believe that the retention of

1

Case 4:12-bk-07178-BMW    Doc 41    Filed 09/28/12    Entered 09/28/12 13:40:43    Desc
Main Document    Page 1 of 3

THE ALTKEY, PLLC is in the best interest of the Debtors, their bankruptcy estate, creditors and other parties in interest.

Dated this 27th day of September, 2012.

_____     _____
JOSEPH A. OLADOKUN                                         FLORENCE A. OLADOKUN

STATE OF ARIZONA        )
                                              ) SS
County of Maricopa           )

**VERIFICATION:**

The above-signed individuals, being first duly sworn upon oath, depose and say as follows:

1. We are the Debtors in the above referenced *Declaration*.

2. We have read the foregoing *Declaration* and know the contents thereof.

3. The statements and matters set forth therein are true of our own personal knowledge, except as to those matters stated upon information and belief. The statements and matters set forth upon information and belief have been assembled at our direction and under our supervision by authorized employees or agents of ours. As to such matters, we believe them to be true and correct.

Subscribed and sworn to before me on the date stated above.



_____
Notary Public

Z:\CURRENT DOCS\BK\Chapter 11\Application to Employ Attorney\Verified Statement of Debtors2.ACCOUNTANT.wpd

ALICIA KRICK
Notary Public - Arizona
MARICOPA COUNTY
My Commission Expires
JULY 28, 2013

2