LAW OFFICES OF DOUGLAS B. PRICE, P.C.
By: Douglas B. Price (SBA No. 7720)
2151 E. Broadway Ave. Suite 116
Tempe, AZ 85282
T: (480) 345-8100
F: (480) 345-8134
doug@azlegal.net

Proposed Counsel to Debtor-In-Possession

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re :<br>JOSEPH A. OLADOKUN and<br>FLORENCE A. OLADOKUN,<br><br>SSN XXX-XX-3982<br><br>SSN XXX-XX-8247<br><br>Debtors. | Case No. 4:12-bk-07178 JMM<br><br>Chapter 11<br><br>**VERIFIED STATEMENT OF STEVE PARKER IN SUPPORT OF THE APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF THE ALTKEY, PLLC, AS ACCOUNTANT FOR THE DEBTORS** |

STEVE PARKER, under penalty of perjury, states:

1. I am a Certified Public Accountant in the State of Arizona.

2. I maintain an office for accountancy at 2151 E. Broadway Road, Suite 115, Tempe, AZ 85282.

3. I am a partner in THE ALTKEY, PLLC", an accounting firm.

4. I am a member of the American Institute of Certified Public Accountants and the Arizona Society of Certified Public Accountants.

1

## SERVICES TO BE RENDERED

5.      I have been engaged to render the services described in the APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT on file with the Court.

## DISINTERESTEDNESS

6.      I do not hold or represent an interest adverse to the Debtors' estate and I am a "disinterested person," as that term is defined in Bankruptcy Code § 101(14) and modified by Bankruptcy Code § 1107(b).

7.      I do not have any connection with the Debtors or their affiliates, their creditors, their estates, any United States District Judge or United States Bankruptcy Judge, the United States Trustee or any person employed in the office of the United States Trustee any other party in interest, or their respective attorneys and accountants.

8.      I am not a creditor or an insider of the Debtor. I am not an equity security holder of the Debtor, if the debtor is a corporation.

9.      In view of the foregoing, I am a "disinterested person" within the meaning of ll U.S.C. § 101(14).

## COMPENSATION

10.     My agreement as to compensation is what is set for in the APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT.

11,     No agreement or understanding exists between the Affiant and any other person for division of compensation.

2

State of Arizona )
) ss
County of Maricopa )

VERIFICATION OF Steve Parker

Steve Parker, being first duly sworn upon oath, deposes and says as follows:

1. I am the person signing this Verified Statement.

2. I have read the foregoing Verified Statement and know the contents thereof.

3. The statements and matters set forth therein are true of my own personal knowledge, except as otherwise stated. The statements and matters set forth upon information and
belief have been assembled at my direction and under my supervision. As to such matters, I believe them to be true and correct.

_____
Steve Parker, Affiant

SUBSCRIBED, SWORN AND ACKNOWLEDGED before me on this 27th day of Sept. 2012 by the individual named above.

_____
Notary Public

DOUGLAS B. PRICE
Notary Public - Arizona
Maricopa County
My Comm. Expires Sep 25, 2015

Z:\CURRENT DOCS\Clients\O\Oladokun, Joseph & Florence\Employ Accountant\Verification of Steve Parker, CPA.wpd

3

